UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WALTER L. HAMPTON, JR.                DOCKET NO. 11-CV-719; SEC. P

VERSUS                                JUDGE James T. Trimble, Jr.

WINN PARISH JAIL, ET AL.              MAGISTRATE JUDGE JAMES
                                      D. KIRK

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 20th day of December, 2011.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE